### KLEIN et al. v. DAVID et al.

(Supreme Court, Appellate Division, First Department.   April 25, 1913.)

DISCOVERY (§ 86*)—EXAMINATION BEFORE TRIAL—ACCOUNT BOOKS.

If, after defendant's examination before trial, it appears that the information to which plaintiffs are entitled is willfully withheld from them, or can only be obtained by examining defendant's account books, plaintiffs may be permitted to examine such books.

[Ed. Note.—For other cases, see Discovery, Cent. Dig. §§ 110–112; Dec. Dig. § 86.*]

Appeal from Special Term, New York County.

Action by Edward Klein and others against Emanuel David and another.   From an order directing plaintiffs to permit inspection,· they appeal.   Reversed, with leave to renew motion.

Argued before INGRAHAM, P. J., and CLARKE, SCOTT, DOWLING, and HOTCHKISS, JJ.

Abraham G. Meyer, of New York City, for appellants.

Josiah Canter, of New York City, for respondents.

PER CURIAM.   The order appealed from should be reversed, and the motion denied, with $10 costs and disbursements, with leave to the plaintiffs to renew the motion, if, after an examination of the defendants before trial, it appears that the information to which they are entitled is willfully withheld, or can be obtained only by an examination of the books.